MIP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) 07 AUG 28 PM 3: 22 07 MJ 2085 |
| Plaintiff, | ) Magistrate Case No. |
| | ) CLERK, U.S. DISTRICT COURT |
| | ) SOUTHERN DISTRICT OF CALIFORNIA |
| v. | ) BY: DEPUTY |
| | ) COMPLAINT FOR VIOLATION OF: |
| **Lawrence Joseph RODRIGUEZ,** | ) |
| | ) Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) |
| | ) Transportation of Illegal |
| | ) Aliens |
| | ) |
| Defendant | ) |
| | ) |

The undersigned complainant, being duly sworn, states:

On or about **August 25, 2007,** within the Southern District of California, defendant **Lawrence Joseph RODRIGUEZ** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely **Raul HERNANDEZ-Torrez, Octavio HERNDEZ-Varela and Felipe GONZALEZ-Mendez,** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **AUGUST 2007**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Lawrence Joseph Rodriguez

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Raul HERNANDEZ-Torrez, Octavio HERNANDEZ-Varela and Felipe GONZALEZ-Mendez,** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144G.

On August 25, 2007, Border Patrol Agent J. Castillo was the assigned primary inspection agent at the westbound Interstate 8 Border Patrol Immigration Checkpoint near Pine Valley, California. Border Patrol Agent E. Rogel was backup to Agent Castillo. Senior Patrol Agents A. Palacios and W. Gonzalez were manning the secondary inspection area. The checkpoint was fully operational with all proper lights, signs, cone patterns and stop sign set up and functioning. The warning signs advising westbound motorists that the checkpoint was operational were functioning with flashing lights as far as two miles to the east.

At approximately 4:40 p.m., a 1990 gray Nissan Stanza, approached the primary inspection area. Agents Castillo and Rogel observed the driver of the vehicle, later positively identified, by Agent Palacios, as the defendant, **Lawrence Joseph RODRIGUEZ.** The defendant avoided eye contact and did not stop when Agent Castillo motioned for the defendant to do so with a hand signal. The defendant instead continued to drive past the stop sign. Agent Castillo verbally commanded the defendant to stop, but the defendant instead accelerated away from the primary inspection. Agents heard the Nissan accelerating heavily as it fled the checkpoint. Agent Castillo verbally shouted to Agent Gonzalez to deploy the Controlled Tire Deflation Device but Agent Gonzalez was unable to deploy the device due to the high speed of the defendant's vehicle. At this time Agent Palacios was afforded an unobstructed view of the defendant behind the wheel from a distance of within ten feet. Agent Palacios was assigned checkpoint duties at the Interstate 8 westbound Immigration Checkpoint. Agent Palacios observed the aforementioned incident from his assigned secondary position. Agent Palacios immediately got into his service vehicle, a marked Border Patrol pursuit sedan and engaged the fleeing Nissan in pursuit westbound on Interstate 8. Agent Palacios activated his fully functioning emergency lights and audible police siren. Agent Palacios alerted Border Patrol radio dispatch of a gray Nissan that was failing to yield to his emergency lights and siren from the I-8 westbound checkpoint. Upon approaching the Sunrise Highway off ramp, Agent Palacios observed the vehicle traveling above 90 miles per hour. Agent Palacios advised dispatch that the vehicle was failing to yield and that he was in a high speed-high risk pursuit. Agent Palacios was able to get close enough to the fleeing Nissan to call out it's displayed California license plate, which he read and relayed via his DHS radio.

Agent Palacios terminated the pursuit due to dangerous high speeds. Supervisory Border Patrol Agent B. Buckalew contacted Border Patrol San Diego Radio Dispatch and directed them to advise the California Highway Patrol of the failure to yield.

At approximately 4:49 p.m., CHP advised dispatch that they had the defendant's vehicle in sight approaching the next exit west of Japatul, at the East Willows road, traveling at 120 miles per hour. CHP engaged the Nissan in pursuit. The Nissan continued evading the CHP Officers maintaining approximately 100 miles per hour. At 4:56 p.m., CHP advised dispatch that the vehicle exited I-8 westbound on East Main Street in El Cajon. At approximately 5:01 p.m., CHP Officers reported that they had six subjects in custody at 1425 East Madison Avenue in El Cajon, California. CHP further advised that a search of the Nissan revealed that four of the six occupants were concealed within the trunk of the Nissan. CHP Officers requested that Border Patrol Agents respond to the scene to conduct immigration inspections on the occupants.

CONTINIUATION OF COMPLAINT:
Lawrence Joseph Rodriguez


At approximately 5:42 p.m. Agent Palacios arrived on scene and identified himself as a United States Border Patrol Agent and questioned the five detained passengers in the Nissan as to their citizenship and immigration status. All five admitted that they were Mexican citizens and admitted that they were illegally here in the United States. The defendant , who was the driver, was in CHP custody and Agent Palacios was not afforded an opportunity to conduct an immigration inspection on him. Agent Palacios was, however, able to positively identify the defendant as the individual who was driving the Nissan when it fled the I-8 checkpoint. Agent Palacios placed the five passengers under arrest and they were transported to the Campo Border Patrol Station for processing.

California Highway Patrol Officer B. Montgomery  took the defendant into custody for PC-2800, Felony Evading stemming from the high-speed pursuit from the CHP officers. The defendant was booked into San Diego County Jail. As no Border Patrol Agents were yet able to conduct an immigration field interview of the defendant , Agent Hansen issued an I-247 Immigration detainer on the defendant.


## STATEMENTS OF MATERIAL WITNESSES:

The statements of material witnesses **Raul HERNANDEZ-Torrez, Octavio HERNANDEZ-Varela and Felipe GONZALEZ-Mendez** agree in summary that they are citizens and nationals of Mexico illegally present in the United States. They stated that they did not have any immigration documents allowing them to enter or remain in the United States legally. They stated that arrangements had been made in Tijuana, Baja California, Mexico to be smuggled into the United States. All the material witnesses stated that they were to pay $1500.00 U.S. dollars to be smuggled into the United States.

All three Material Witnesses admitted to crossing into the United States illegally near Tecate, California by jumping over the United States/Mexico international border. All three stated that they had been waiting in the brush for 30-40 minutes until a grey Honda arrived and pulled over on the side of the road. They were instructed to enter the vehicle. After they were in the vehicle it traveled for approximately 45 minutes. It stopped briefly and then continued until the California Highway Patrol stopped them.


James Trombley
.Senior Patrol Agent

William McCurine Jr.
U.S. Magistrate Judge

8/28/07    1306 hrs
Date/Time