UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> LAWRENCE Joseph ) <br> Rodriguez ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. **07Mj 2085** <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) Case Disposed / Order of Court).

**OCTAVIO HERNANDEZ VARELA**

DATED: **10/16/07**

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____  OR
           DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk