# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

PLEASE RECEIPT AND RETURN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No:    07-MJ-2085 |
| | ) | |
| LAWRENCE JOSEPH RODRIGUEZ | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

(X ) Ad Prosequendum                    ( ) Ad Testificandum.

Name of Detainee:    Lawrence Joseph Rodriguez

Detained at (custodian):    Lt. Will Brown, East Mesa Detention Facility

Detainee is:    a.)    (X ) charged in this district by:

( ) Indictment          ( ) Information          (X) Complaint

Charging Detainee With: _____

or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ( ) return to the custody of detaining facility upon termination of proceedings

or    b.)    (X ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary on __October 25, 2007 at__ 9:00 a.m. in the courtroom of the Honorable Cathy A. Bencivengo, United States Courthouse, 880 Front Street, San Diego, CA 92101

I hereby attest and certify on  10/17/07
That the foregoing document is a full, true and correct
copy of the original on file in my office.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

Attorney of Record for:    United States of America

## WRIT OF HABEAS CORPUS

(X ) Ad Prosequendum                    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

__10/16/07__
Date

United States Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____    Male ☑    Female ☐

Booking or Fed. Reg. #:    7764274                    DOB:    03/20/1979

Facility Address:    446 Alta Road, Suite 5200, San Diego, CA 92158    Race:    H

                                                                    FBI #:

Facility Phone:    (619) 661-2608

Currently Incarcerated For:    VC 2800.2(a) - Evading peace officer

### RETURN OF SERVICE

Executed on _____ by _____    _____
                                                              (Signature)