UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. 07mj2085 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Lawrence Joseph Rodriguez | ) | |
| Defendant(s) | ) | Booking No. 05649298 |

On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Felipe Gonzalez-Mendez

DATED: 11-15-07

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
          DUSM

W. SAMUEL HAMRICK, JR.   Clerk
by  /s/ Hernandez
          Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082