UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Lawrence Joseph Rodriguez ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 07CR3130-H <br> ORDER 07mj2035 <br> RELEASING MATERIAL WITNESS <br> Booking No. 05649298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as ~~a material~~ witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Raul Hernandez-Torres

DATED: 11-15-07

**CATHY ANN BENCIVENGO**
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
          DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by /s/ Hernandez
    Deputy Clerk