**FILED**

NOV 15 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR3130-H |
| Plaintiff, | <u>I N F O R M A T I O N</u> |
| v. | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| LAWRENCE JOSEPH RODRIGUEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about August 25, 2007, within the Southern District of California, defendant LAWRENCE JOSEPH RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Raul Hernandez-Torrez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 11/15/07.

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney

DDL:es: San Diego
10/30/07