1  R. Keramati, SBN 182425
2  Western Legal Group, APC.
   110 West C Street, Suite 1300
3  San Diego, California 92101
   Telephone (619) 231-2529
4  Facsimile (619) 231-2528
5
6  Attorney for Material Witness
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10                  (HONORABLE CATHY ANN BENCIVENGO)
11
12  UNITED STATES OF AMERICA,      )   Case No. 07cr3130-H (CAB)
                                   )
13          Plaintiff,             )
                                   )   EX PARTE APPLICATION TO
14      vs.                        )   EXONERATE THE APPEARANCE BOND
                                   )   FOR THE MATERIAL WITNESS
15  Lawrence Joseph RODRIGUEZ,     )   RAUL HERNANDEZ-TORREZ
                                   )
16          Defendant(s)           )
                                   )
17                                 )
                                   )
18
                        **EX PARTE APPLICATION**
19
         I, Ray Keramati, attorney for the above named material witness submit this ex parte
20
    application to exonerate the appearance bond of the material witness for this case.
21
         This Application is made after authorization was obtained from the Office of the United
22
    States Attorney to release the Material Witness to the United States Border Patrol, and after the
23
    Material Witness was released to the custody of the United States Border Patrol to be returned to
24
    his native country Mexico.  Confirmation was received from Material Witness Coordinator
25
    Richard Otero regarding the material witness' self-remand on December 10, 2007. (Exhibit "A")
26
    ////
27
28
                                          - 1 –
    **EX PARTE APPLICATION TO EXONERATE THE APPEARANCE BOND FOR THE MATERIAL**
    **RAUL HERNANDEZ-TORREZ**

1  On behalf of the Material Witness and his surety who signed the Appearance Bond for
2 the Material Witness, I respectfully request the Court exonerate the Material Witness Bond, and
3 return the cash deposit in the amount of $500.00 each currently on deposit to the Court securing
4 the Material Witness' bond.

6 DATED: December 13, 2007     /s *Reza Keramati*
                                R. KERAMATI, Esq.