# EXHIBIT A

# UNITED STATES BORDER PATROL
## SAN DIEGO SECTOR PROSECUTIONS UNIT
### 2411 BOSWELL COURT, CHULA VISTA, CA. 91914-3519

### FAX COVER SHEET

 

Date: 12/10/2007

Number of pages including cover sheet: 2

**To:** Ray Keramati (Ronnie Lynn)

**Attention:** Ray Keramati

**Phone:** (619) - 231- 2529
**Fax Phone:** (619) - 231- 2528
**CC:**

**From:** Richard Otero
United States Border Patrol
Material Witness Coordinator
San Diego Sector/Prosecutions

**Phone:** (619) - 498 - 9838
**Fax Phone:** (619) - 498 - 9851

**Remarks:**  ☐ Urgent    X For your Review    ☐ Reply ASAP    ☐ Please Comment

## PLEASE DELIVER IMMEDIATELY



U.S. Department of Homeland Security
Bureau of Customs and Border Protection
U.S. Border Patrol
Material Witness Coordinator
San Diego Sector

---

*2411 Boswell Road,
Chula Vista, CA 91914*

December 10, 2007

MEMORANDUM FOR:   RAY KERAMATI

FROM:            RICHARD OTERO
                 Material Witness Coordinator
                 San Diego Sector Prosecutions

SUBJECT:         **Raul HERNANDEZ-TORREZ A# 094 948 317**
                 **Octavio HERNANDEZ-VARELA A# 094948316**

The above Material Witnesses have **self-remanded** back to the custody of the United States Border Patrol. They have been voluntarily returned to their country of origin (Mexico). The Voluntary Return was executed on **Monday, December 10, 2007**. If you have any questions, please feel free to contact me.

U.S. Border Patrol
Attn: Material Witness Coordinator
SDC Prosecutions
2411 Boswell Road
Chula Vista, CA 91914
(619) 498-9838

CC: Moises Santos (Pre-Trial Services)

**U.S.A. Vs. RODRIGUEZ**
**Criminal Case # 07 CR 3130**