R. Keramati, SBN 182425
Western Legal Group, APC.
110 West C Street, Suite 1300
San Diego, California 92101
Telephone (619) 231-2529
Facsimile (619) 231-2528

Attorney for Material Witness

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr3130-H (CAB) |
| Plaintiff, | |
| vs. | |
| Lawrence Joseph RODRIGUEZ, | CERTIFICATE OF SERVICE |
| Defendant(s) | |

    I HEREBY CERTIFY that on December 13, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

DATED: December 13, 2007                  /s *Reza Keramati*
                                                    R. KERAMATI, Esq.

- 1 –
**CERTIFICATE OF SERVICE**

## SERVICE LIST

**United States v. Lawrence Joseph RODRIGUEZ**
**Case No. 07cr3130-H (CAB)**
**Unites States District Court, Southern District of California**

**Heather Rogers**
heather_rogers@rogersdefense.com

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

[Service via CM/ECF]