# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 07CR3130 H  FILED |
| | ) | 05649-298 |
| v. | ) | Case No: 07-MJ-2085  2008 MAY -9 AM 9:08 |
| | ) | |
| LAWRENCE JOSEPH RODRIGUEZ | ) | CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus _____ DEPUTY

(X) Ad Prosequendum          ( ) Ad Testificandum.

Name of Detainee:      Lawrence Joseph Rodriguez
Detained at (custodian):   Lt. Will Brown, East Mesa Detention Facility

Detainee is:   a.)   (X) charged in this district by:
                    ( ) Indictment          ( ) Information          (X) Complaint
                    Charging Detainee With: _____
       or    b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)   ( ) return to the custody of detaining facility upon termination of proceedings
         or    b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence
is                     currently being served at the detaining facility

I hereby attest and certify on   10/17/07
Appearance is necessary on  October 25, 2007  at  9:00 a.m.  in the courtroom of the Honorable
Cathy copy of the original on United States Courthouse, 880 Front Street, San Diego, CA 92101

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy                    Attorney of Record for:   United States of America

### WRIT OF HABEAS CORPUS

(X) Ad Prosequendum          ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

10/16/07
Date                                              United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | _____ | Male ☑  Female ☐ |
| Booking or Fed. Reg. #: | 7764274 | DOB: 03/20/1979 |
| Facility Address: | 446 Alta Road, Suite 5200, San Diego, CA 92158 | Race: H |
| | | FBI #: |
| Facility Phone: | (619) 661-2608 | |
| Currently Incarcerated For: | VC 2800.2(a) - Evading peace officer | |

### RETURN OF SERVICE

Executed on  01/03/08  by  K S Carson                    _____
                                                          (Signature)

C:\Documents and Settings\dleshner\Desktop\Rodriguez writ.wpd
Form Crim-48                                              Revised 9/22/97